479 A.2d 1129

Spangler v. Smith et ux, Appellants.

Argued April 4, 1984. Harold N. Fitzkee, Jr., for appellant; Victor A. Neubaum, Jr., for appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Affirmed.

479 A.2d 1129

Surak, Appellants, v. Pa National Mutual Casualty.

Submitted May 18, 1984. Charles O. Zebley, Jr., for appellants; Joseph M. George, for appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

The judgment of the distinguished Fayette County Common Pleas Court Judge Conrad B. Capuzzi is affirmed.